David L. Hahn
22342 Avenida Empresa, Suite 260
Rancho Santa Margarita, CA 92688
Telephone: (949) 888-1014
Facsimile: (949) 766-9896

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESTER JAMES BENNETT<br><br><br><br>Debtor. | Case No. 2:08-31275-ER<br>Chapter 7<br><br>NOTICE OF UNCLAIMED<br>DIVIDENDS<br>3011 |

TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please find annexed hereto Check No. 3022 in the sum of $ 38.73 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: May 12, 2011

_____
DAVID L. HAHN
Chapter 7 Trustee

-1-

| | | DAVID L. HAHN (006105) | | | | |
|---|---|---|---|---|---|---|
| Date: 05/11/11 | | COURT REMITTANCES | | | | Page: 1 |
| | | Transaction Date Range 05/11/11 Through 05/11/11 | | | | |

Debtor Name: BENNETT, LESTER JAMES  
Case Number: 2:08-31275

Account No. 4429164662

| Date | Check# | Payee | Check Amount | Claim # | Item# | Creditor | Claim Paid |
|---|---|---|---|---|---|---|---|
| FUNDS REMITTED TO COURT | | | | | | | |
| 05/11/11 | 3022 | US BANKRUPTCY COURT | 3K.73 | 000010 | 11 | SETTLEMENT ONE | 3K.73 |
| | | Account Totals | 3K.73 | | | 2605 Camino del Rio South | |
| | | Case Totals | 3K.73 | | | 4th floor | |
| | | | | | | San Diego, Ca 92108 | |

COURTREM

Printed: 05/11/11 04:12 PM  Ver: 16.012

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION

CHECK NUMBER: 3022

DAVID L. HAHN, CHAPTER 7 TRUSTEE
22342 AVENIDA EMPRESA, SUITE 260
RANCHO SANTA MARGARITA, CALIFORNIA
92688

DATE: 05/11/11
AMOUNT: **********38.73

**1694792**
PAY TO THE ORDER OF

CASE NUMBER: 2:08-31275   ER
ESTATE OF: Debtor: BENNETT, LESTER JAMES

US BANKRUPTCY COURT
US FEDERAL BUILDING
300 N LOS ANGELES STREET, RM 1340
LOS ANGELES CA 90012

*Thirty Eight Dollars And 73/100*

Claim 000010, Payment 34.2258749%

RECEIVER TRUSTEE DEBTOR IN POSSESSION ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑃003022⑃ ⑆111000012⑆ 4429164662⑃

---

| Date: 05/11/11 | Check Number: 3022 | Amount: 38.73 |
|---|---|---|

Case Number: 2:08-31275   ER
Debtor Name: BENNETT, LESTER JAMES

| Paid To: | US BANKRUPTCY COURT<br>US FEDERAL BUILDING<br>300 N LOS ANGELES STREET, RM 1340<br>LOS ANGELES CA 90012 | Trustee: | DAVID L. HAHN, CHAPTER 7 TRUSTEE<br>22342 AVENIDA EMPRESA, SUITE 260<br>RANCHO SANTA MARGARITA, CALIFORNIA 92688 |
|---|---|---|---|

Description:   Claim 000010, Payment 34.2258749%

Bank Account Number:   4429164662